FILED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

SEP - 8 2025

CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) |
| v. | ) |
|  | ) Case No. EP. 15-M-5040-RFC |
|  | ) |
| Aracely AQUINO-Garcia | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ September 7, 2025 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1546(a) | when applying for admission into the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At ___:02 PM
Fed.R.Crim.P.4.1(b)(2)(A)

Sworn to before me and signed in my presence.

Date: __September 8, 2025__

City and state: ___El Paso, Texas___

_____
*Complainant's signature*

Erika K. Robles
CBP Enforcement Officer

_____
*Judge's signature*
Robert F. Castaneda
UNITED STATES DISTRICT JUDGE

## FACTS

On or about September 7, 2025, the DEFENDANT, Aracely AQUINO-Garcia, a native and citizen of Mexico, applied for admission into the United States from Mexico via pedestrian primary at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT presented a State of Texas Driver's License bearing the name, date of birth and photograph of another, whose initials are K.M.L. and represented herself to be that person to primary Customs and Border Protection Officer (CBPO). During the primary interview, the DEFENDANT stated that she was going home to El Paso after visiting family in Ciudad Juarez. CBPO asked the DEFENDANT where she was born and the DEFENDANT replied, "El Paso". CBPO noticed facial discrepancies between the DEFENDANT and the picture on the Texas Drivers License that the DEFENDANT provided as an entry document. CBPO referred the DEFENDANT into Passport Control Secondary (PCS) for further inspection.

In PCS, CBPO asked the DEFENDANT for her true name and where she was born and the DEFENDANT gave her true name and stated that she was born in Oaxaca, Mexico.

The DEFENDANT was served Form I-214 Warning as to Rights (Spanish Version) which was read to her, stated she understood, signed and waived her right to legal representation.

During a sworn statement the DEFENDANT stated she does not have any legal documents to enter the United States and that she was born in Oaxaca, Mexico. The DEFENDANT stated that she was going to pay $2000 dollars once she made it to the United States and that she had already paid $500 dollars. The DEFENDANT stated that she was aware that the document that she presented did not belong to her and was given to her by the smuggler two hours before crossing and was told to memorize the information on the document. DEFENDANT stated that she was previously removed by Border Patrol after attempting to enter the United States illegally through Ciudad Juarez, Chihuahua, Mexico.

The DEFENDANT's database queries revealed she was previously removed from the United States on or about August 13, 2025, from El Paso, Texas to Mexico.

Database records checks indicate the DEFENDANT does not have any legal documents with which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

### CRIMINAL RECORD

None was established at this time.

### IMMIGRATION RECORD

On or about August 13, 2025 - Removed from El Paso, Texas to Mexico.